UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| HOWARD BRADFIELD, | |
| Plaintiff, | Case No. 3:19-cv-01020-L |
| v. | Honorable Sam A. Lindsay |
| AMERIMARK DIRECT, LLC., | |
| Defendant. | |

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

NOW COMES HOWARD BRADFIELD ("Plaintiff"), by and through his attorneys, SULAIMAN LAW GROUP, LTD., and, in support of her Notice of Voluntary Dismissal with Prejudice, state as follows:

Plaintiff, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismisses his claims against the Defendant, AMERIMARK DIRECT, LLC, with prejudice. Each party shall bear its own costs and attorney fees.

Dated: July 2, 2019               Respectfully Submitted,

*/s/ Nathan C. Volheim*
Nathan C. Volheim, Esq.
*Counsel for Plaintiff*
Admitted in the Northern District of Texas
Sulaiman Law Group, Ltd.
2500 S. Highland Avenue, Suite 200
Lombard, IL 60148
Phone (630) 575-8181
Fax: (630)575-8188
nvolheim@sulaimanlaw.com

## **CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on July 2, 2019, a true and correct copy of the above and foregoing document was filed with the Court and served on all parties requested electronic notification.

*Nathan C. Volheim*
Nathan C. Volheim